# UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Mary Frances Lashley | Case No.: 14-10802-jal |
| Debtor(s) | Chapter 7 |

### DEBTOR'S MOTION TO REOPEN CASE FOR LIMITED PURPOSE OF AVOIDING CERTAIN JUDICIAL LIENS

Comes now the Debtor, Mary Frances Lashley, by counsel, and hereby moves the Court to Reopen the instant action pursuant to 11 U.S.C. Sec. 350. In support of said Motion, the Debtor states as follows:

On or about November 5th, 2014, this matter was closed with the Debtor receiving a Discharge. Unbeknownst to the Debtor, a creditor, namely Discover Bank, had filed a Judicial Lien impairing the Debtor's interest in her homestead. Debtor's homestead, as is indicated in the Petition filed, was subject to a Federal Homestead Exemption. The aforementioned Judgment Lien was not served on Debtor, and in turn, Debtor did not advise counsel of the existence of the same. The stated Judgement Lien also did not appear on Debtor's Credit Report when the same was pulled in 2014.

As this Court is aware, there is no deadline in the Bankruptcy Rules for filing a Motion to Avoid a Lien. In *Goswami v. MTC Distributing,* (In Re: Goswami) 304 B.R. 386, 390/91 (B.A.P. 9th Cir. 2003), the BAP for the 9th Circuit affirmed that there is no deadline in regard to a Motion to Void a Lien. The Debtor further submits that there is an economic loss that the Debtor is suffering from and further submits that the aforementioned Judicial Lien filed by the

aforementioned Creditor impairs the Debtor's homestead exemption. The aforementioned Judgment Lien was only discovered recently by Debtor's mortgage lender. The underlying debt was listed in Debtor's Initial Petition. The aforementioned Judgment had been filed unbeknownst to the Debtor in this particular matter, or the same would have been dealt with at the time of filing of the instant Bankrupcy proceeding, and prior to any Discharge in this matter. The Creditor was listed in the Debtor's Petition as an Unsecured Creditor and was given notice of these proceedings. Unbeknownst to the Debtor, however, and before the filing of the Debtor's Bankruptcy Petition, the Creditor had sought and obtained a Judgment Lien as is attached hereto as Exhibit "A."

Furthermore, Debtor attaches hereto is a copy of Debtor's Proposed Amended Schedules "D" and "E," seeking to avoid the Liens under Section 522 (F) (1) (A), as impairing the Debtor's homestead exemption Debtor further requests twenty (20) days leave to file a Motion to Avoid the Lien in issue.

WHEREFORE, the Debtor moves the Court for an Order consistent with the arguments raised herein.

**\* Any objections to this Motion must be filed within 14 days of the Certificate of Service date below. Should no objection be received, an Order approving this Motion to may be entered.**

> Judd, Satterfield & Associates, PLLC
> 869 Broadway Avenue
> Bowling Green, KY 42101
> Telephone:  (270) 904-4141
> Facsimile:  (888) 590-2842
>
> *s/Harlan E. Judd, III*
> _____
> Harlan E. Judd, III

## CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing was placed in the U.S. Mail addressed as follows:

Jerry Burns
1945 Scottsville Road, B-2
PMB 348
Bowling Green, KY 42104

Charles R. Merrill
Asst. U.S.Trustee
601 West Broadway #512
Louisville, KY 40202

Discover Financial Services, LLC
P.O. Box 15316
Wilmington, DE 19850

Scott Burns
Katie Lloyd
Megan Urban
W. Anderson Woodford
Lloyd & McDaniel, PLC
P.O. Box 23200
Louisville, KY 40223

This the 5th day of September, 2019

*s/Harlan E. Judd, III*
_____
Harlan E. Judd, III