# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:  
Mary Frances Lashley

Case No.: 14-10802-jal

Debtor(s)

Chapter 7

## ORDER

Notice having been given and no objections having been filed to the Motion to Avoid Lien;

IT IS HEREBY ORDERED that the lien of Discover Bank, filed of record in the Offices of Grayson County Clerk in Deed Book 398, Pages 29, in the following described property is AVOIDED, which is described as:

> A certain tract of land lying in Grayson Co., Ky., on the south side of the Stones Chapel Road and being more particularly bounded and described as follows:
>
> Beginning at a ½" rebar (set) on the south side of the Stones Chapel Road (20' from center), said rebar being approx. 0.8 miles east along said road from its intersection with Hwy. 631 and also the northwest corner to the Eugene Hayes tract (D.B. 213, Pg. 386), thence with the line of Hayes and an existing fence; S-10-06-53-E, 527.54 feet to a ½" rebar (set) said rebar being in the line of Hayes and also a new corner to the Charlie Noblett parent tract (D.B. 239, Pg. 266), thence severing said parent tract; S-84-40-34-W, 289.63 feet to a ½" rebar (set); N-10-06-53-W, 527.54 feet to a ½" rebar (set) on the south side of the Stones Chapel Road (20" from center), thence with the right-of-way of said road; N-86-11-42-E, 193.27 feet; S-81-38-08-E, 96.57 feet to the point of beginning, CONTAINING 3.48 ACRES more or less according to a survey made by Clemons Land Surveying on the 17th day of March, 1994. Kendal Clemons Ky.

Local Form I

R.L.S. 2811. Subject to any and all rights-of-ways and/or appurtenances in effect to date.

Being the same property conveyed to Mary Frances Lashley and Christopher T. Lashley, her husband, from Daniel Warren Noblett and Charlene F. Noblett, his wife, by Deed dated April 7th, 2010, recorded in Deed Book 398, Page 29, records of the Grayson County Court Clerk's Office.

The Grayson County Court Clerk, shall make a notation indicating that the lien in Lien/Encumbrance Book NN Pages 438, has been released by this Court Order of the United States Bankruptcy Court for the Western District of Kentucky.

IT IS SO ORDERED, this _____ day of _____, 2019.


Tendered by:

Harlan E. Judd, III
Judd, Satterfield & Associates, PLLC
869 Broadway Avenue
Bowling Green, KY 42101
Telephone: (270) 904-4141
Facsimile: (888) 590-2842

s/Harlan E. Judd, III_____
Harlan E. Judd, III

Local Form I

CLERK, PLEASE SEND COPIES TO:

Jerry Burns
1945 Scottsville Road, B-2
PMB 348
Bowling Green, KY 42104

Charles R. Merrill
Asst. U.S.Trustee
601 West Broadway #512
Louisville, KY 40202

Discover Financial Services, LLC
P.O. Box 15316
Wilmington, DE 19850

Scott Burns
Katie Lloyd
Megan Urban
W. Anderson Woodford
Lloyd & McDaniel, PLC
P.O. Box 23200
Louisville, KY 40223

Harlan E. Judd, III
Judd, Satterfield & Associates, PLLC
869 Broadway Avenue
Bowling Green, KY 42102

Local Form I